IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOLLIS DEAN MARTZ                                            PLAINTIFF

v.                          Civil No. 4:18-cv-4047

MATTHEW D. WEBB, Sevier County Detention
Center ("SCDC"); MICHAEL BARNES, SCDC;
THOMAS JACKSON, SCDC; KRIS HUNDLEY,
SDCD; TROY CRAVENS, SCDC; CHAD DOWDLE,
SCDC; ROBERT GENTRY, SCDC; WENDELL
RANDALL, SCDC; CHRISTOPHER WOLLCOT, SCDC;
and SHERIFF BENNY SIMMONS                          DEFENDANTS

## **JUDGMENT**

In accordance with the Mandate issued by the United States Court of Appeals for the Eighth Circuit on December 30, 2019 (ECF No. 56), Defendants Deputy Wendell Randall, Deputy Chad Dowdle, Deputy Investigator Robert Gentry, Deputy Troy Cravens, Jail Administrator Christopher Wolcott, and Sheriff Benny Simmons are entitled to qualified immunity on Plaintiff's claims of excessive force and deliberate indifference arising from Plaintiff being pepper sprayed on May 6, 2016.

Accordingly, judgment is hereby entered in favor of Defendants Deputy Wendell Randall, Deputy Chad Dowdle, Deputy Investigator Robert Gentry, Deputy Troy Cravens, Jail Administrator Christopher Wolcott, and Sheriff Benny Simmons, and Plaintiff's claims against those Defendants are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's claims against Defendants Webb, Barnes, Jackson, and Hundley for excessive force during Plaintiff's arrest on April 27, 2016 remain for further proceedings.

**IT IS SO ORDERED**, this 7th day of February, 2020.

                                                                 /s/ Susan O. Hickey
                                                                  Susan O. Hickey
                                                                  Chief United States District Judge