IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOLLIS DEVIN MARTZ                                                                           PLAINTIFF

v.                                            Case No. 4:18-cv-4047

MATTHEW D. WEBB; MICHAEL
BARNES; THOMAS JACKSON;
KRIS HUNDLEY; TROY CRAVENS;
CHAD DOWDLE; ROBERT GENTRY;
WENDALL RANDALL;
CHRISTOPHER WOLCOTT; and
SHERIFF BENNY SIMMONS                                                                    DEFENDANTS

## JUDGMENT

The Court has been notified that all claims in this case have been settled. Further, the Court finds that this case should be and hereby is **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 6th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge